FILED

11/02/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0517

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0517

FILED

NOV 02 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

STATE OF MONTANA,

Plaintiff and Appellee,

v.

ORDER

SHANE CLARK JOHNSON,

Defendant and Appellant.

Shane Clark Johnson has filed a verified Petition for an Out-of-Time Appeal, and he includes a copy of the written Judgment filed in the Twelfth Judicial District Court, Hill County, on September 15, 2021. A jury found Johnson guilty of negligent homicide and use of a weapon whereupon the District Court sentenced him as a persistent felony offender to a fifty-five-year prison term. Johnson also includes correspondence between the Hill County Public Defenders' Office and Johnson's trial counsel concerning the status of an appeal.

This Court is familiar with Johnson's 2021 underlying criminal proceeding. We recently denied his petition for a writ of supervisory control where he claimed he did not have his final judgment and raised concerns, as here, about seeking a timely appeal of this decision on remand. *Johnson v. 12th Judicial Dist. Ct.*, No. OP 21-0498, Order (Mont. Oct. 19, 2021). *See also State v. Johnson*, No. DA 17-0033, Order (Mont. Sept. 15, 2020).

Johnson's appeal would still be timely with this Court. Although he was sentenced in open court on August 6, 2021, the clock for an appeal starts when the written judgment is filed. M. R. App. P. 4(5)(b)(i). Here, the sixty-day clock runs from the September 15, 2021, date, and the deadline to file an appeal is November 14, 2021. Because November 14, 2021, is a Sunday, Johnson has until November 15, 2021, to file

his appeal. Although Johnson did not need to petition for an out-of-time appeal, the record and prior proceedings demonstrates he seeks to appeal. Moreover, Johnson's conviction is for a felony and he is entitled to representation of counsel. Section 46-8-103(1), MCA. Accordingly,

IT IS ORDERED that Johnson has until November 15, 2021, to file a Notice of Appeal.

IT IS FURTHER ORDERED that counsel from the Appellate Defender Division is APPOINTED to represent Johnson.

The Clerk of the Supreme Court is directed to provide a copy of this Order to the Appellate Defender Division, to counsel of record, and to Shane Clark Johnson along with a Notice of Appeal form.

DATED this ___2nd___ day of November, 2021.

Justices

2